relief is denied. Motion of respondent to remand to the Family Court for the purpose of holding a hearing on her motion to have petitioner adjudged in contempt and for custody of children is denied. Joslin, J. not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva, Joseph R. Palumbo, Jr.,* for petitioner. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for respondent.

M. P. No. 74-216. JAMES R. DEIGNAN *v.* HARTFORD ACCIDENT & INDEMNITY Co. *et al.* Petition for writ of certiorari is granted. Petition is consolidated for hearing with the petition in *Markham et al.* v. *Allstate Ins. Co. et al.,* 113 R. I. 918, 319 A.2d 368 (1974). *Thomas A. Lynch,* for plaintiff-respondent. *Carroll, Kelly & Murphy, C. Russell Bengtson,* for Hartford Accident & Indemnity Co., defendant-petitioner.

M. P. No. 74-290. FLORENCE T. CONCANNON *v.* RICHARD CONCANNON *et al.* Petition of respondent, Industrial National Bank of Rhode Island, for a writ of certiorari is granted. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Adolph N. Anderson, Jr.,* for respondent, Industrial National Bank of Rhode Island, Trustee.

APPEAL No. 1851. JOSEPH V. ANDREOZZI *v.* FRANK D'ANTUONO *d/b/a* IDEAL MARKET. Motion of employee for a counsel fee is deferred pending the Workmen's Compensation Commission's determination of his petition for compensation. See *Andreozzi* v. *D'Antuono,* 113 R. I. 155, 319 A.2d 16 (1974). *D. A. St. Angelo,* for appellant. *Vincent J. Baccari,* for appellee.

APPEAL No. 74-110. CITY OF PAWTUCKET *v.* ROBERT FORSYTH, JR. Motion of appellee, Robert Forsyth, Jr., to dismiss appeal granted. *Gerald J. Pouliot,* Asst. City Solicitor, for appellant. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for appellee.

APPEAL No. 74-134. E. GROSSMAN & SONS, INC. *v.* ANTONE R. ROCHA *et al.* Motion of appellee, E. Grossman & Sons, Inc., to affirm the judgment of the Superior Court pursuant to